United States District Court
Middle District of Florida
Jacksonville Division

UNITED STATES OF AMERICA

v.                                                    NO. 3:26-cr-56-WWB-PDB

JOSHUA LEWIS MAGRAFF

---

## Order

The court will conduct an evidentiary hearing on the defendant's motion to suppress, Doc. 26, on **August 3, 2026, at 9:00 a.m**., at the Bryan Simpson United States Courthouse, Courtroom 5B, Fifth Floor, 300 North Hogan Street, Jacksonville, Florida, 32202. The defendant must be present.

**Ordered** in Jacksonville, Florida, on July 6, 2026.

*Patricia D. Barksdale*
Patricia D. Barksdale
*United States Magistrate Judge*

c:      Laura Taylor, Assistant United States Attorney
        Katie Sheldon, Assistant Federal Defender